## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/11/16 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   DOUGLAS MARTIN TROYER
JUDITH CHERYL TROYER
         Debtor(s)
   Ronda J. Winnecour, Trustee
         Movant
         vs.
DOUGLAS MARTIN TROYER
JUDITH CHERYL TROYER

         Respondents

Case No. 11-10981TPA

Chapter 13

Document No. ___85___

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __11th__ day of __July__, 20__16__, it is hereby ORDERED, ADJUDGED, and DECREED that,

General Electric Company
Attn: Payroll Manager
Pob 60300
Fort Myers, FL 33906

is hereby ordered to immediately terminate the attachment of the wages of DOUGLAS MARTIN TROYER, social security number XXX-XX-1099. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DOUGLAS MARTIN TROYER.

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
                                    ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 11-10981-TPA
Douglas Martin Troyer                                                           Chapter 13
Judith Cheryl Troyer
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: mgut                  Page 1 of 1                Date Rcvd: Jul 11, 2016
                             Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2016.
db/jdb         +Douglas Martin Troyer,    Judith Cheryl Troyer,    22668 Maple Grove Road,
               Union City, PA 16438-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al..
         agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
         agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Daniel P. Foster    on behalf of Joint Debtor Judith Cheryl Troyer dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Debtor Douglas Martin Troyer dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
        Keri P. Ebeck    on behalf of Creditor    Huntington National Bank kebeck@weltman.com,
         jbluemle@weltman.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                   TOTAL: 8