**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 11-10981-TPA |
| **Douglas Martin Troyer AND** | : | CHAPTER 13 |
| **Judith Cheryl Troyer,** | : | |
| Debtors. | : | |
| | : | DOCKET NO.: 89 |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | Hearing Date & Time: |
| | : | August 17, 2016 at 11:00AM |
| vs. | : | |
| **No Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTORS, FOR INTERIM COMPENSATION**, filed on July 14, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Application appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than July 23, 2016.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Date: July 25, 2016

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTORS, FOR INTERIM COMPENSATION**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **July 25, 2016**　　　　　　　　　　　　　　　*By: /s/ Anne M. Clement*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANNE M. CLEMENT, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

MATRIX

Beneficial Consumer Discount Company
2929 WALDEN AVE
DEPEW, NEW YORK 14043-2602

Capital One Auto Finance
3905 North Dallas Parkway
Plano, TX 75093-7892

CONSUMER PORTFOLIO SERVICES, INC.
P.O. BOX 57071
IRVINE, CA 92619-7071

Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Chase
Po Box 15298
Wilmington, DE 19850-5298

CITIFINANCIAL
BANKRUPTCY FORECLOSURE UNIT
1000 TECHNOLOGY DRIVE
OFALLON MO 63368-2239

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Consumer Portfolio Services Inc
PO Box 98705
Phoenix, AZ 85038-0705

First Data
1307 Walt Whitman Road
Melville, NY 11747-4819

Fashion Bug / Soanb
Po Box 182180
Columbus, GA 43218-2180

WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

First National Bank of Pennsylvania
4140 E. State street
Hermitage, PA 16148-3401

Capital One Na
Po Box 30285
Salt Lake City, UT 84130-0285

Andrew F Gornall
KML Law Group, P.C.
701 Market St, Ste 5000
Philadelphia, PA 19106-1541

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898-9438

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Keri P. Ebeck
Weltman, Weinberg & Reis, LPA
436 Seventh Ave, Ste 2500
Pittsburgh, PA 15219-1842

Hilary B. Bonial
National Bankruptcy Services, LLC
Po Box 9013
Addison, TX 75001-9013

First National Bank Of Pa
3320 East State Street
Hermitage, PA 16148-3399

GE Money Bank / Walmart
Po Box 981400
El Paso, TX 79998-1400

HSBC Finance Corporation
P. O. Box 829009
Dallas, TX 75382-9009

Hsbc Bank
Po Box 5895
Carol Stream, IL 60197-5895

Huntington National Bank
P O Box 89424
Cleveland OH 44101-6424

Michelle Reinken
9721 Ginny Lane
North East PA 16428-3883

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Richard Wood
PO Box 252
Harborcreek, PA 16421-0252

Stonecipher, Cunningham, Beard & Schmitt, PC
125 First Avenue
Pittsburgh, PA 15222-1590

Village of Sherman
PO Box 629, 111 Mill St
Sherman, NY 14781-1629

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Hsbc Best Buy
Po Box 5263
Carol Stream, IL 60197-5263

Lowes / MBGA
Po Box 103104
Roswell, GA 30076-9104

National City
6750 Miller Road
Brecksville, OH 44141-3262

PA Association of Credit Management
3737 Library Road
Pittsburgh, PA 15234-2232

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sheffield Financial Company
PO Box 1704
Clemmons, NC 27012-1704

Douglas & Judith Troyer
22668 Maple Grove Road
Union City, PA 16438-3016

Wells Fargo Financial
Po Box 29704
Phoenix, AZ 85038-9704


Wyrhsr Mortgage
3815 South West Temple
Salt Lake City, UT 84115-4412


Hsbc / Rhode
PO Box 15521
Wilmington, DE 19850-5521


Huntington National Bank
2361 Morse Road
Columbus, OH 43229-5856


Metabank / Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820


National City Card
2730 Liberty Avenue
Pittsburgh, PA 15222-4704


Richard Wood
9721 Ginny Lane
North East, PA 16428-3883


Wfs Financial / Wachovia Dealer Services
Po Box 19657
Irvine, CA 92623-9657