FILED
7/26/16 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 11-10981-TPA |
| Douglas Martin Troyer AND | : | CHAPTER 13 |
| Judith Cheryl Troyer, | : | |
| Debtors. | : | |
| | : | Related to DOCKET NO.: 83 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

## ORDER OF COURT

AND NOW, on this __26th__ day of __July__, 2016, the Application of Foster Law Offices, LLC as counsel for the Debtors, for Final Compensation is **APPROVED** in the amount of **$500.00** for services rendered on behalf of the Debtors for the period between June 7, 2011 – July 6, 2016. The total legal fees approved shall be the $3,100.00 "no look" and the $500.00 Fee Application, for a total of $3,600.00.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT,

_____
United States Bankruptcy Judge  jm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 11-10981-TPA
Douglas Martin Troyer                                                                           Chapter 13
Judith Cheryl Troyer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: bsil                   Page 1 of 1                    Date Rcvd: Jul 26, 2016
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2016.
db/jdb         +Douglas Martin Troyer,   Judith Cheryl Troyer,   22668 Maple Grove Road,
                Union City, PA 16438-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al..
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel P. Foster    on behalf of Joint Debtor Judith Cheryl Troyer dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Douglas Martin Troyer dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
          Keri P. Ebeck    on behalf of Creditor    Huntington National Bank kebeck@weltman.com,
           jbluemle@weltman.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8