# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 11-10981-TPA |
|  | : |  |
| **Douglas Troyer,** | : |  |
| **Judith Troyer,** | : |  |
| *Debtor(s),* | : | Chapter 13 |
|  | : |  |
| Vs. | : |  |
|  | : |  |
| **CitiMortgage Inc**, | : |  |
| *Movant(s)* | : |  |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:**        CitiMortgage Inc
**Incorrect Address:**    PO Box 9438 Gaithersburg, MD 20898

**Correct Address:**      PO Box 6243 Sioux Falls, SD 57117

                                                          Respectfully Submitted,

Date: <u>October 11, 2016</u>                              /s/ Daniel P. Foster, Esquire
                                                          Daniel P. Foster, Esquire
                                                          PA I.D. #92376
                                                          FOSTER LAW OFFICES
                                                          PO Box 966
                                                          Meadville, PA 16335
                                                          Tel: 814.724.1165
                                                          Fax: 814.724.1158
                                                          Dan@MrDebtBuster.com
                                                          Attorney for Debtors