**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DOUGLAS MARTIN TROYER<br>JUDITH CHERYL TROYER<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:11-10981 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 27, 2016

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 06/07/2011  and confirmed on 8/17/11 .  The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 134,106.29 |
| Less Refunds to Debtor | 1,721.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 132,384.53 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,250.00 | |
|    Trustee Fee | 4,503.79 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,753.79 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BENEFICIAL MORTGAGE/CDC* (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX6/11 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 60,992.60 | 0.00 | 60,992.60 |
|     Acct: 1503 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 2,759.58 | 2,759.58 | 0.00 | 2,759.58 |
|     Acct: 1503 | | | | |
|   BENEFICIAL MORTGAGE/CDC* (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX5/11 | | | | |
|   FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8000 | | | | |
|   SHEFFIELD FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX1802 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 24,815.62 | 24,815.62 | 2,154.35 | 26,969.97 |
|     Acct: 6055 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 8,230.57 | 8,230.57 | 1,004.61 | 9,235.18 |
|     Acct: 6860 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 5,749.77 | 0.00 | 5,749.77 |
|     Acct: XXXXXXXXXXXXX9/14 | | | | |
| | | | | 105,707.10 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 2,750.00 | 2,750.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS MARTIN TROYER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS MARTIN TROYER | 1,721.76 | 1,721.76 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX6-16 | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XX7879 | | | | |
|   CA CURTZE FOOD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XX7354 | | | | |
| CAPITAL ONE AUTO FNC/FKA SUMMIT** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX1001 | | | | |
| CAPITAL ONE AUTO FNC/FKA SUMMIT** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1001 | | | | |
| CANDICA LLC | 1,719.38 | 1,719.38 | 0.00 | 1,719.38 |
| Acct: 7392 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX8387 | | | | |
| CANDICA LLC | 5,320.67 | 5,320.67 | 0.00 | 5,320.67 |
| Acct: 1267 | | | | |
| BACK BOWL I LLC SERIES B | 383.13 | 383.13 | 0.00 | 383.13 |
| Acct: 6559 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX4819 | | | | |
| CASELLA WASTE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX4170 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 3,749.18 | 3,749.18 | 0.00 | 3,749.18 |
| Acct: 0386 | | | | |
| CHASE/JPMORGAN CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1019 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 410.00 | 410.00 | 0.00 | 410.00 |
| Acct: 5019 | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX5030 | | | | |
| CITIMORTGAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1000 | | | | |
| DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6928 | | | | |
| FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4166 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 824.52 | 824.52 | 0.00 | 824.52 |
| Acct: 0235 | | | | |
| HB FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX1872 | | | | |
| HB FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1848 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0000 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1483 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,406.87 | 1,406.87 | 0.00 | 1,406.87 |
| Acct: 7611 | | | | |
| ECAST SETTLEMENT CORP** | 658.36 | 658.36 | 0.00 | 658.36 |
| Acct: 5400 | | | | |
| KISS FM WKZA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXOYER | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,491.83 | 1,491.83 | 0.00 | 1,491.83 |
| Acct: 3951 | | | | |
| GECC/ LOWE'S++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5258 | | | | |
| MEDIA ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7649 | | | | |
| METABANK/FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX7335 | | | | |
| METABANK/FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1053 | | | | |
| MICHELLE REINKEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: XXX7119 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX9780 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX3055 | | | | |
|   NATIONAL FUEL++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX9707 | | | | |
|   NATIONAL GRID | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX3222 | | | | |
|   RICHARD WOOD++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXOYER | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX9034 | | | | |
|   SOUTHERN TIER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXROYE | | | | |
|   SPECIALTY STEAK SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXOYER | | | | |
|   TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXX9907 | | | | |
|   UNICREDIT AMERICA INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX3587 | | | | |
|   US FOODS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX8097 | | | | |
|   VILLAGE OF SHERMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX3702 | | | | |
|   WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX3390 | | | | |
|   WACHOVIA DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX6698 | | | | |
|   SELECT PORTFOLIO SERVICING* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX0302 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 2,959.70 | 2,959.70 | 0.00 | 2,959.70 |
|   Acct: 6860 | | | | |
|   HILARY B BONIAL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 18,923.64 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 124,630.74 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 35,805.77 |
| SECURED | 18,923.64 |

Date: 09/27/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　DOUGLAS MARTIN TROYER<br>　　JUDITH CHERYL TROYER<br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:11-10981 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Douglas Martin Troyer
Judith Cheryl Troyer
    Debtors

Case No. 11-10981-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lmar     Page 1 of 2     Date Rcvd: Oct 14, 2016
                     Form ID: pdf900    Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
```
db/jdb         +Douglas Martin Troyer,   Judith Cheryl Troyer,   22668 Maple Grove Road,
                 Union City, PA 16438-3016
cr             +HSBC Finance Corporation,   P. O. Box 829009,   Dallas, TX 75382-9009
13089898      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: American Honda Finance,   1220 Old Alpharetta Road,
                 Alpharetta, GA 30005)
13134797       +Beneficial Consumer Discount Company,   2929 WALDEN AVE,    DEPEW, NEW YORK 14043-2602
13089904      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20507,   Kansas City, MO 64195)
13089905      ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                (address filed with court: Citifinancial,   300 Saint Paul Place,   Baltimore, MD 21202)
13089900       +Capital One Na,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13089901       +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
13089902       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13089903       +Chase,   Attn: Bankruptcy Dept,   Po Box 15298,   Wilmington, DE 19850-5298
13131011        Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13089906       +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
13089907      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   Po Box 81577,
                 Austin, TX 78708)
13089908       +Fashion Bug / Soanb,   Po Box 182180,   Columbus, GA 43218-2180
13089909       +First Data,   1307 Walt Whitman Road,   Melville, NY 11747-4819
13089910       +First National Bank Of Pa,   3320 East State Street,   Hermitage, PA 16148-3399
13119161       +First National Bank of Pennsylvania,   4140 E. State street,   Hermitage, PA 16148-3401
13116189       +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
                 Norfolk VA 23541-0907
13089912       +Hb Fsb,   2929 Walden Street,   Depew, NY 14043-2602
13089913       +Hsbc / Rhode,   PO Box 15521,   Wilmington, DE 19850-5521
13089914       +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5895,   Carol Stream, IL 60197-5895
13089915       +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 5263,   Carol Stream, IL 60197-5263
13121834       +Michelle Reinken,   9721 Ginny Lane,   North East PA 16428-3883
13089919       +National City,   Attention: Bankruptcy Department,   6750 Miller Road,
                 Brecksville, OH 44141-3262
13089920       +National City Card,   Attn: Bankruptcy,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
13133509       +PA Association of Credit Management,   3737 Library Road,   Pittsburgh, PA 15234-2232
13121833       +Richard Wood,   PO Box 252,   Harborcreek, PA 16421-0252
13089921       +Richard Wood,   9721 Ginny Lane,   North East, PA 16428-3883
13089923       +Sky Bank,   PO Box 40,   East Liverpool, OH 43920-5040
13149585       +Stonecipher, Cunningham, Beard & Schmitt, PC,   125 First Avenue,   Pittsburgh, PA 15222-1590
13162999       +Village of Sherman,   PO Box 629,   111 Mill Street,   Sherman, NY 14781-1629
13089924       +Wells Fargo Financial,   Po Box 29704,   Phoenix, AZ 85038-9704
13089925       +Wfs Financial / Wachovia Dealer Services,   Po Box 19657,   Irvine, CA 92623-9657
13089926       +Wyrhsr Mortgage,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13852696        eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Oct 15 2016 01:39:52      Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Oct 15 2016 01:39:52      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13163622       +E-mail/Text: bncmail@w-legal.com Oct 15 2016 01:40:44      BACK BOWL I LLC, SERIES B,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13147520       +E-mail/Text: bncmail@w-legal.com Oct 15 2016 01:40:44      CANDICA LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14075917       +E-mail/Text: bankruptcy@consumerportfolio.com Oct 15 2016 01:40:48
                 CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA 92619-7071
13089899       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 15 2016 01:43:41
                 Capital One Auto Finance,   3905 North Dallas Parkway,   Plano, TX 75093-7892
13525136       +E-mail/Text: bnc@bass-associates.com Oct 15 2016 01:39:52      Capital One, N.A.,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13925185       +E-mail/Text: bankruptcy@consumerportfolio.com Oct 15 2016 01:40:49
                 Consumer Portfolio Services Inc,   PO Box 98705,   Phoenix, AZ 85038-0705
13089911       +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2016 01:43:23      GE Money Bank / Walmart,
                 Po Box 981400,   El Paso, TX 79998-1400
13227117       +E-mail/Text: bnc@bass-associates.com Oct 15 2016 01:39:52      HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13127380       +E-mail/Text: bankruptcy@huntington.com Oct 15 2016 01:40:32      Huntington National Bank,
                 P O Box 89424,   Cleveland OH 44101-6424
13089916       +E-mail/Text: bankruptcy@huntington.com Oct 15 2016 01:40:32      Huntington National Bank,
                 Attention: Bankruptcy,   2361 Morse Road,   Columbus, OH 43229-5856
```

```
District/off: 0315-1          User: lmar              Page 2 of 2              Date Rcvd: Oct 14, 2016
                              Form ID: pdf900         Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13089917       +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2016 01:42:11      Lowes / MBGA,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13089918       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 15 2016 01:41:07      Metabank / Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13168218        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2016 01:43:30
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA   23541
13165832        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2016 01:43:30
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13618314       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2016 01:54:17
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13089922       +E-mail/Text: bankruptcy@bbandt.com Oct 15 2016 01:40:14      Sheffield Financial Company,
                 PO Box 1704,    Clemmons, NC 27012-1704
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Huntington National Bank
cr             Huntington National Bank
cr             The Huntington National Bank
cr             Wilmington Savings Fund Society, FSB Et Al..
cr             Wilmington Savings Fund Society, FSB, Et Al...
cr*           +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*           +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13163621*     +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13196795*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                  TOTALS: 5, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al..
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Huntington National Bank ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Joint Debtor Judith Cheryl Troyer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Douglas Martin Troyer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              Keri P. Ebeck    on behalf of Creditor    Huntington National Bank kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```