**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 11-10981-TPA |
|  | : |  |
| **Douglas Troyer,** | : |  |
| **Judith Troyer,** | : | Chapter 13 |
| *Debtor(s),* | : |  |
|  | : |  |
| Vs. | : |  |
|  | : |  |
| **Hsbc/Rhode,** | : |  |
| *Movant(s),* | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**       Hsbc/Rhode
**Incorrect Address:**   PO Box 15521 Wilmington, DE 19850

**Correct Address:**     PO Box 9068 Brandon, FL 33509

                                                Respectfully Submitted,

Date: October 28, 2016             /s/ Daniel P. Foster, Esquire
                                                Daniel P. Foster, Esquire
                                                PA I.D. #92376
                                                FOSTER LAW OFFICES
                                                PO Box 966
                                                Meadville, PA 16335
                                                Tel: 814.724.1165
                                                Fax: 814.724.1158
                                                Dan@MrDebtBuster.com
                                                Attorney for Debtors