IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/18/16 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DOUGLAS MARTIN TROYER
JUDITH CHERYL TROYER
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:11-10981 TPA

Chapter 13

Document No.:    97

ORDER OF COURT

AND NOW, this ___18th___ day of ___November___, 20_16_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    ljm

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                        Case No. 11-10981-TPA
Douglas Martin Troyer                                         Chapter 13
Judith Cheryl Troyer
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-1          User: bsil              Page 1 of 2           Date Rcvd: Nov 18, 2016
                              Form ID: pdf900        Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db/jdb       +Douglas Martin Troyer,   Judith Cheryl Troyer,   22668 Maple Grove Road,
               Union City, PA 16438-3016
cr           +HSBC Finance Corporation,   P. O. Box 829009,   Dallas, TX 75382-9009
13089898    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: American Honda Finance,   1220 Old Alpharetta Road,
               Alpharetta, GA 30005)
13134797     +Beneficial Consumer Discount Company,   2929 WALDEN AVE,    DEPEW, NEW YORK 14043-2602
13089904    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,
               Po Box 20507,   Kansas City, MO 64195)
13089905    ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
             (address filed with court: Citifinancial,   300 Saint Paul Place,   Baltimore, MD 21202)
13089900     +Capital One Na,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13089901     +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,
               Salt Lake City, UT 84130-0285
13089902     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13089903     +Chase,   Attn: Bankruptcy Dept,   Po Box 15298,   Wilmington, DE 19850-5298
13131011      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13089906     +Citimortgage Inc,   PO Box 6243,   Sioux Falls, SD 57117-6243
13089907    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   Po Box 81577,
               Austin, TX 78708)
13089908     +Fashion Bug / Soanb,   Po Box 182180,   Columbus, GA 43218-2180
13089909     +First Data,   1307 Walt Whitman Road,   Melville, NY 11747-4819
13089910     +First National Bank Of Pa,   3320 East State Street,   Hermitage, PA 16148-3399
13119161     +First National Bank of Pennsylvania,   4140 E. State street,   Hermitage, PA 16148-3401
13116189     +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
               Norfolk VA 23541-0907
13089912     +Hb Fsb,   2929 Walden Street,   Depew, NY 14043-2602
13089913     +Hsbc / Rhode,   PO Box 9068,   Brandon, FL 33509-9068
13089914     +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5895,   Carol Stream, IL 60197-5895
13089915     +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 5263,   Carol Stream, IL 60197-5263
13121834     +Michelle Reinken,   9721 Ginny Lane,   North East PA 16428-3883
13089919     +National City,   Attention: Bankruptcy Department,   6750 Miller Road,
               Brecksville, OH 44141-3262
13089920     +National City Card,   Attn: Bankruptcy,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
13133509     +PA Association of Credit Management,   3737 Library Road,   Pittsburgh, PA 15234-2232
13121833     +Richard Wood,   PO Box 252,   Harborcreek, PA 16421-0252
13089921     +Richard Wood,   9721 Ginny Lane,   North East, PA 16428-3883
13089923     +Sky Bank,   PO Box 40,   East Liverpool, OH 43920-5040
13149585     +Stonecipher, Cunningham, Beard & Schmitt, PC,   125 First Avenue,   Pittsburgh, PA 15222-1590
13162999     +Village of Sherman,   PO Box 629,   111 Mill Street,   Sherman, NY 14781-1629
13089924     +Wells Fargo Financial,   Po Box 29704,   Phoenix, AZ 85038-9704
13089925     +Wfs Financial / Wachovia Dealer Services,   Po Box 19657,   Irvine, CA 92623-9657
13089926     +Wyrhsr Mortgage,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13852696      eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:51:00     Capital One, N.A.,
               Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr           +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:51:00     eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13163622      E-mail/Text: bncmail@w-legal.com Nov 19 2016 01:52:29     BACK BOWL I LLC, SERIES B,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13147520      E-mail/Text: bncmail@w-legal.com Nov 19 2016 01:52:29     CANDICA LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14075917     +E-mail/Text: bankruptcy@consumerportfolio.com Nov 19 2016 01:52:33
               CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA 92619-7071
13089899     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 19 2016 02:23:36
               Capital One Auto Finance,   3905 North Dallas Parkway,   Plano, TX 75093-7892
13525136     +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:51:00     Capital One, N.A.,
               c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13925185     +E-mail/Text: bankruptcy@consumerportfolio.com Nov 19 2016 01:52:34
               Consumer Portfolio Services Inc,   PO Box 98705,   Phoenix, AZ 85038-0705
13089911     +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 01:57:23     GE Money Bank / Walmart,
               Po Box 981400,   El Paso, TX 79998-1400
13227117     +E-mail/Text: bnc@bass-associates.com Nov 19 2016 01:51:00     HSBC Bank Nevada, N.A.,
               Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13127380     +E-mail/Text: bankruptcy@huntington.com Nov 19 2016 01:52:01     Huntington National Bank,
               P O Box 89424,   Cleveland OH 44101-6424
13089916     +E-mail/Text: bankruptcy@huntington.com Nov 19 2016 01:52:01     Huntington National Bank,
               Attention: Bankruptcy,   2361 Morse Road,   Columbus, OH 43229-5856
```

```
District/off: 0315-1          User: bsil              Page 2 of 2              Date Rcvd: Nov 18, 2016
                              Form ID: pdf900         Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13089917       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 01:56:51      Lowes / MBGA,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13089918       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 19 2016 01:53:02      Metabank / Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13168218        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:42:10
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA  23541
13165832        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:43:02
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13618314       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:22:18
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13089922       +E-mail/Text: bankruptcy@bbandt.com Nov 19 2016 01:51:38      Sheffield Financial Company,
                 PO Box 1704,    Clemmons, NC 27012-1704
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Huntington National Bank
cr              Huntington National Bank
cr              The Huntington National Bank
cr              Wilmington Savings Fund Society, FSB Et Al..
cr              Wilmington Savings Fund Society, FSB, Et Al...
cr*            +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13163621*      +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13196795*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                 TOTALS: 5, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al..
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Huntington National Bank ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Joint Debtor Judith Cheryl Troyer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Douglas Martin Troyer dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Hilary B. Bonial    on behalf of Creditor    HSBC Finance Corporation notice@bkcylaw.com
              Keri P. Ebeck    on behalf of Creditor    Huntington National Bank kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```